

Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------------X

DAN KATZ, PETER VAN NUIS AND
JULIUS SCHAPIRO, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

                 Plaintiffs,

                 vs.

CHINA CENTURY DRAGON MEDIA,
INC., HAIMING FU, DAPENG DUAN,
HUIHUA LI, ZHIFENG YAN, DAVID DE
CAMPO, YUE LU, FANG YUAN,
WESTPARK CAPITAL, INC., JOSEPH
GUNNAR & CO, LLC, I-BANKERS
SECURITIES, INC., AEGIS CAPITAL
CORPORATION, RICHARD
RAPPAPORT, AND MALONEBAILEY
LLP,

                 Defendants.

------------------------------------------------------X

No. CV 11-2769 (JAK)(SSx)

CLASS ACTION

**PLAINTIFFS' NOTICE OF
MOTION AND MOTION IN
SUPPORT OF FINAL
APPROVAL OF CLASS
ACTION SETTLEMENT AND
PLAN OF ALLOCATION**

Hon. John A. Kronstadt
Hearing Date: October 7, 2013
Hearing Time: 8:30 a.m.
Courtroom: 750, 7th Floor

1

To: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Court's Preliminary Approval Order of June 19, 2013, on October 7, 2013 at 8:30 a.m., or as soon thereafter as counsel may be heard, at the United States District Court for the Central District of California, Edward R. Roybal Courthouse, 255 East Temple Street, Courtroom 750, before the Honorable John A. Kronstadt, United States District Judge, Plaintiffs, through their Counsel, will move for approval of the class action Settlement and the Plan of Allocation of settlement proceeds. Plaintiffs' motion is based on the Memorandum of Law in Support; the Declaration of Laurence M. Rosen in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Award of Attorneys' Fees and Reimbursement of Expenses; the Stipulations and Agreements of Settlement dated May 20, 2013; and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing. An additional copy of the parties' [Proposed] Final Judgment and Order of Dismissal is filed herewith.

DATED: September 3, 2013                    Respectfully submitted,


**THE ROSEN LAW FIRM P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
lrosen@rosenlegal.com

Lead Counsel for Lead Plaintiff and the Class

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A.  I am over the age of eighteen.

On September 3, 2013, I electronically filed the attached **PLAINTIFFS' NOTICE OF MOTION AND MOTION IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 3, 2013

/s/ Laurence Rosen
Laurence M. Rosen

3