Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Plaintiffs and the Class

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

------------------------------------------------------X

DAN KATZ, PETER VAN NUIS AND JULIUS SCHAPIRO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,

  Plaintiffs,

vs.

CHINA CENTURY DRAGON MEDIA, INC., HAIMING FU, DAPENG DUAN, HUIHUA LI, ZHIFENG YAN, DAVID DE CAMPO, YUE LU, FANG YUAN, WESTPARK CAPITAL, INC., JOSEPH GUNNAR & CO, LLC, I-BANKERS SECURITIES, INC., AEGIS CAPITAL CORPORATION, RICHARD RAPPAPORT, AND MALONEBAILEY LLP,

  Defendants.

------------------------------------------------------X

No. CV 11-2769 (JAK)(SSx)

CLASS ACTION

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

Hon. John A. Kronstadt
Hearing Date: October 7, 2013
Hearing Time: 8:30 a.m.
Courtroom: 750, 7th Floor

1

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that, pursuant to Court's Preliminary Approval Order of June 19, 2013, on October 7, 2013 at 8:30 a.m., or as soon thereafter as counsel may be heard, at the United States District Court for the Central District of California, Edward R. Roybal Courthouse, 255 East Temple Street, Courtroom 750, before the Honorable John A. Kronstadt, United States District Judge, Plaintiffs, through their Counsel, will move pursuant to Fed. R. Civ. P. 23(e) for an Order: (1) awarding attorneys' fees in the amount of $200,000 and an award to plaintiff Dan Katz and Class Representatives Peter Van Nuis and Julius Shapiro in the amount of $3,000 each; (2) reimbursement of $38,867.94 in expenses that were incurred in prosecuting this action. Plaintiffs' motion is based on the Memorandum of Law in Support; the Declaration of Laurence M. Rosen in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Award of Attorneys' Fees and Reimbursement of Expenses; the Stipulations and Agreements of Settlement dated May 20, 2013; and all other pleadings and matters of record and such additional evidence or argument as may be presented at the hearing. An additional copy of the parties' [Proposed] Final Judgment and Order of Dismissal is filed herewith.

DATED: September 3, 2013                    Respectfully submitted,

**THE ROSEN LAW FIRM P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684

1 lrosen@rosenlegal.com

2 Lead Counsel for Plaintiffs and the Class

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs' Notice of Motion and Motion for an Award of Attorneys' Fees and Reimbursement of Expenses

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of the Rosen Law Firm, P.A. I am over the age of eighteen.

On September 3, 2013, I electronically filed the attached **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 3, 2013

                                                  /s/ Laurence Rosen
                                                Laurence M. Rosen