# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV11-02769 JAK (SSx) | Date | June 23, 2014 |
| Title | Dan Katz v. China Century Dragon Media, Inc., et al. | | |

**Present: The Honorable**  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER CLOSING CASE    JS-6

In light of the Partial Judgment filed on November 12, 2013, the Court ORDERS this action closed. Dkt. 235.

**IT IS SO ORDERED.**

:
Initials of Preparer   ak