| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | CENTRAL DISTRICT OF CALIFORNIA |

6  -------------------------------------------------------X

7  DAN KATZ, PETER VAN NUIS AND
   JULIUS SCHAPIRO, INDIVIDUALLY
8  AND ON BEHALF OF ALL OTHERS                No. LA CV11-2769 (JAK)(SSx)
9  SIMILARLY SITUATED,

10              Plaintiffs,                   <u>CLASS ACTION</u>

11                                            **DEFAULT JUDGMENT**

12         vs.                                Hon. John A. Kronstadt

13 CHINA CENTURY DRAGON MEDIA,
   INC., HAIMING FU, DAPENG DUAN,
14 HUIHUA LI, ZHIFENG YAN, DAVID DE
   CAMPO, YUE LU, FANG YUAN,
15 WESTPARK CAPITAL, INC., JOSEPH
16 GUNNAR & CO, LLC, I-BANKERS
17 SECURITIES, INC., AEGIS CAPITAL
   CORPORATION, RICHARD
18 RAPPAPORT, AND MALONEBAILEY
19 LLP,
20
21              Defendants.
22
23
24 ---------------------------------------------------X

1  On June 17, 2013, this matter came before the Court upon the application of Lead Plaintiff Dan Katz, and Class Representatives Peter Van Nuis and Julius Shapiro, for themselves and on behalf of the certified class (collectively, "Plaintiffs"), for a default judgment against Defendant China Century Dragon Media, Inc. ("China Century") pursuant to Federal Rules of Civil Procedure Rule 55(b)(2), on the grounds that China Century failed to answer or otherwise respond to Plaintiffs' Second Amended Complaint, and that on April 3, 2012, the Clerk of the Court entered default against China Century.

Having read and considered Plaintiffs' application, which complies with the requirements of Rule 55(b)(2) and was supported by the Declaration of Howard J. Mulcahey,

IT IS ORDERED, ADJUDGED AND DECREED that:

As the direct and proximate result of China Century's violations of Section 11 of the Securities Act of 1933, the class suffered statutory damages of $6.299 million, per evidence. Judgment in the amount of $4,700,000 (four million seven hundred thousand dollars) is granted against China Century, with costs to be determined, all to bear interest from this date at the legal rate.

Dated: November 19, 2016

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

1